# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLEN ALEXANDER PARKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-412-M |
| RONNIE NEAL, et al., | ) |
| Defendants. | ) |

## ORDER

On June 23, 2016, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed for plaintiff's failure to prosecute. Plaintiff was advised of his right to file an objection to this Report and Recommendation by July 14, 2016. A review of the file reveals that no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 18] issued by the Magistrate Judge, and

(2) DISMISSES this action without prejudice for failure to prosecute.

**IT IS SO ORDERED this 5th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE